Deutsche Bank Trust Co. Ams. v Fredonia Temple/Brigham Apts. LLC (2024 NY Slip Op 05668)

Deutsche Bank Trust Co. Ams. v Fredonia Temple/Brigham Apts. LLC

2024 NY Slip Op 05668

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, GREENWOOD, AND HANNAH, JJ.

610 CA 24-00216

[*1]DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2011-C4, ACTING BY AND THROUGH RIALTO CAPITAL ADVISORS, LLC, AS SPECIAL SERVICER UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2011, PLAINTIFF-APPELLANT,
v
FREDONIA TEMPLE/BRIGHAM APARTMENTS LLC, BRETT J. FITZPATRICK, DAVID A. HUCK, LORETTA FITZPATRICK, AS EXECUTRIX OF THE ESTATE OF J. MICHAEL FITZPATRICK, DECEASED, GERALD E. KELLY, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANT. (APPEAL NO. 3.) 

PHILLIPS LYTLE LLP, BUFFALO (PRESTON L. ZARLOCK OF COUNSEL), AND HOLLAND & KNIGHT LLP, NEW YORK CITY, FOR PLAINTIFF-APPELLANT. 
KAVINOKY COOK LLP, BUFFALO (SCOTT C. BECKER OF COUNSEL), FOR DEFENDANT-RESPONDENT FREDONIA TEMPLE/BRIGHAM APARTMENTS LLC. 
DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP, BUFFALO (MATTHEW J. BECK OF COUNSEL), FOR DEFENDANT-RESPONDENT BRETT J. FITZPATRICK. 
WOODS OVIATT GILMAN LLP, BUFFALO (BRIAN D. GWITT OF COUNSEL), FOR DEFENDANT-RESPONDENT DAVID A. HUCK.
BENGART & DEMARCO, LLP, TONAWANDA, LAW OFFICE OF PHILIP MILCH, AMHERST (PHILIP A. MILCH OF COUNSEL), FOR DEFENDANT-RESPONDENT LORETTA

 Appeal from a supplemental order of the Supreme Court, Chautauqua County (Emilio Colaiacovo, J.), entered January 22, 2024. The supplemental order expanded the powers and authority of the receiver to market and sell the property. 
It is hereby ORDERED that the supplemental order so appealed from is unanimously modified on the law by vacating the first ordering paragraph and substituting therefor an ordering paragraph authorizing the receiver to sell the real property at public auction to the highest bidder and as modified the order is affirmed without costs.
Same memorandum as in Deutsche Bank Trust Co. Ams. v Fredonia Temple/Brigham Apts. LLC ([appeal No. 1] — AD3d — [Nov. 15, 2024] [4th Dept 2024]).
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court